```
RICHARD L. GALLAGHER (CSB No. 208714)
richard.gallagher@ropesgray.com
TRACI IRVIN (CSB No. 309432)
traci.irvin@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350
```

*Attorneys for Defendant Peter Schaffer*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY LONG,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTHENTIC ATHLETIX, LLC, PETER SCHAFFER, et al.<br><br>        Defendants. | Case No. 3:16-cv-03129-JSC<br><br>**NOTICE OF APPEARANCE OF TRACI IRVIN AS COUNSEL FOR PETER SCHAFFER** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Traci Irvin hereby enters her appearance on behalf of Defendant Peter Schaffer in the above-captioned action. Counsel is a member of the State Bar of California and has been admitted to practice before this Court.  Her mailing and email address and telephone and fax numbers are:

TRACI IRVIN
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-4887
E-Mail: traci.irvin@ropesgray.com

Counsel respectfully requests that she be served with all future filings in this action.

July 12, 2018                                         Respectively Submitted,

                                                      By  /s/ Traci Irvin

                                                      TRACI IRVIN (CSB# 302235)
                                                      traci.irvin@ropesgray.com
                                                      ROPES & GRAY LLP
                                                      Three Embarcadero Center
                                                      San Francisco, CA 94111-4006
                                                      Telephone: (415) 315-6300
                                                      Facsimile: (415) 315-6350

                                                      *Attorney for Peter Schaffer*

1